**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02343-LTB-CBS

CLYTIE L. DANIEL,

    Plaintiff,

v.

STATE OF COLORADO, JEFFERSON COUNTY COURT,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
SHIRLEY WILLIAMS, Alternate Judge, Jefferson County,
MARY SCHAEFER, Public Trustee, Jefferson County,
TED MINK, Sheriff, Jefferson County,
FAYE GRIFFIN, Clerk & Recorder, Jefferson County,

    Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on March 26, 2008 (Doc 34). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the Recommendation is ACCEPTED and this action is DISMISSED WITHOUT PREJUDICE.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED: April 23, 2008